**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 99-6642**

─────────────

UNITED STATES OF AMERICA,

                              Plaintiff - Appellee,

        versus

GREGORY LOUIS CHARLES,

                              Defendant - Appellant.

─────────────

Appeal from the United States District Court for the Middle District of North Carolina, at Salisbury. Frank W. Bullock, Jr., Chief District Judge.  (CR-90-143-S)

─────────────

Submitted:  July 22, 1999          Decided:  July 28, 1999

─────────────

Before ERVIN, HAMILTON, and TRAXLER, Circuit Judges.

─────────────

Affirmed by unpublished per curiam opinion.

─────────────

Gregory Louis Charles, Appellant Pro Se.  Michael Francis Joseph, Assistant United States Attorney, Greensboro, North Carolina, for Appellee.

─────────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Gregory Louis Charles appeals the district court's order denying his motion to dismiss his indictment. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See United States v. Charles, No. CR-90-143-S (M.D.N.C. Apr. 21, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED